

FILED

JUL 2 4 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA for the use of JACKSON UTILITIES, LLC, | ) ) ) | CV-19-101-BLG-SPW |
|  | ) |  |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
|  | ) |  |
| BLACK CANYON, LLC and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Pursuant to the parties' Joint Stipulation to Dismiss with Prejudice (Doc.

23),  and for good cause being shown,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH**

**PREJUDICE**, the parties each to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for

February 17, 2021 at 1:30 p.m. and the Trial set for March 1, 2021 at 9:00 a.m. are

**VACATED**, along with all deadlines associated therewith.

DATED this _23rd_ day of July, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge